FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 1 9 2006
DAVID J. MALAND, CLERK
BY
DEPUTY

# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:03cr17 |
| | § | (Judge Brown) |
| DANIELLE TERICE JONES | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the report of the United States Magistrate Judge pursuant to its order.

As no objections have been filed by either party, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **MODIFIED**. It is finally

**ORDERED** that Defendant be committed to a halfway house for a term of six (6) months.

**SIGNED** this _18th_ day of _September_, 2006.

_Paul Brown_
PAUL BROWN
UNITED STATES DISTRICT JUDGE